1006

[No. 45393-2-II.   Division Two.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CODY HOWARD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00225-0, Gary R. Tabor, J., entered August 22, 2013. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.

[No. 45398-3-II.   Division Two.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN EDWARD WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00333-1, Jennifer A. Irvine Forbes, J., entered September 6, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.

[Nos. 31762-5-III; 31763-3-III.   Division Three.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EUGENE CORNWELL, JR., *Appellant*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 13-1-00206-7, John W. Lohrmann, J., entered June 24, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 31847-8-III.   Division Three.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANATOLIY MELNIK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00108-3, Bruce A. Spanner, J., entered July 8, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.